UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HARRY BURNSWORTH, JR., *et al.*, ) | Case No.: 1:07 CV 771 |
| ) | |
| Plaintiffs ) | JUDGE SOLOMON OLIVER, JR. |
| ) | |
| v. ) | |
| ) | |
| U-HAUL CO. OF PENNSYLVANIA, INC., ) | |
| ) | |
| Defendant ) | <u>ORDER OF DISMISSAL</u> |

On August 6, 2007, this court granted a motion of Plaintiffs' counsel to withdraw (ECF No. 22). Counsel stated at the hearing during which the motion was granted that, among other things, Plaintiffs had not been responding to his communications. In its Order of August 6, 2007, the court gave Plaintiffs until August 21, 2007, to either indicate that they will represent themselves *pro se* or will retain new counsel. The court also gave Plaintiffs until that same date to propose to opposing counsel a series of possible dates for their depositions. The court indicated in that Order that if Plaintiffs did not respond by August 21, 2007, regarding whether they will pursue the case *pro se* or retain new counsel and regarding possible deposition dates, the court would dismiss the action for failure to prosecute. The court's Order was sent to Plaintiffs at their last known address as provided by Plaintiffs' counsel. Inasmuch as Plaintiffs have not entered any response to the court whatsoever, the court hereby dismisses the within case pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and to comply with the Order of the court.

IT IS SO ORDERED.

/S/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

August 22, 2007